DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**IZIK ALIYA,**
Appellant,

v.

**HANNA YARMOLIK,**
Appellee.

No. 4D2024-0350

[June 13, 2024]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Francis Viamontes, Judge; L.T. Case No. DVCE20-005620.

Izik Aliya, Hallandale Beach, pro se.

Gabriel J. Carrera, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., GROSS and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***